# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLACK ROAD PROPERTIES, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONSTAR MORTGAGE, LLC, *et al.*,<br><br>　　　　　　　　Defendants. | 3:23-cv-00557-MMD-CSD<br><br>**ORDER** |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Friday, February 23, 2024.**

**IT IS SO ORDERED.**

DATED: February 2, 2024.

_____
Craig S. Denney
United States Magistrate Judge

1