# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLACK ROAD PROPERTIES, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONSTAR MORTGAGE, LLC, *et al.*,<br><br>　　　　　　　　Defendants. | 3:23-cv-00557-MMD-CSD<br><br>**ORDER** |

On February 2, 2024, the court directed counsel to file their Stipulated Discovery Plan and Scheduling Order on or before **Friday, February 23, 2024.** (ECF No. 11.)  Counsel have failed to comply.

Counsel shall file their Stipulated Discovery Plan and Scheduling Order **by no later than close of business on Wednesday, March 13, 2024.**  If the Stipulated Discovery Plan and Scheduling Order is not filed by that date, the court will issue an order to show cause why the parties should not be held in contempt for failure to comply with the court's order (ECF No. 11).

**IT IS SO ORDERED.**

DATED: February 27, 2024.

_____
Craig S. Denney
United States Magistrate Judge