MARK WRAY, #4425
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351 fax
mwray@markwraylaw.com
Attorneys for Plaintiff
BLACK ROAD PROPERTIES, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| BLACK ROAD PROPERTIES, LLC, | Case No. 3:23-CV-0557 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| NATIONSTAR MORTGAGE LLC, dba MR. COOPER, and DOES 1-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Black Road Properties, LLC, successor in interest to former Plaintiffs Kyle Krch and Sandra Krch, Trustees, or Their Successors in Trust, Under the Krch Living Trust, Dated February 4, 2011, and Any Amendments Thereto ("Krch Trust") and Defendant Nationstar Mortgage LLC dba Mr. Cooper, by their counsel, that this entire action be dismissed, with prejudice, with each party to bear its own attorney's fees and costs.

1

DATED: February 28, 2023          LAW OFFICES OF MARK WRAY


                                  By   /s/ Mark Wray
                                       MARK WRAY
                                  Attorneys for Plaintiff
                                  BLACK ROAD PROPERTIES, LLC

DATED: February 28, 2023          TROUTMAN PEPPER HAMILTON SANDERS LLP


                                  By: /s/ Brody R. Wight
                                  BRODY R. WIGHT, ESQ.
                                  Nevada Bar No. 13615
                                  SEAN B. KIRBY, ESQ.
                                  Nevada Bar No. 14224
                                  8985 S. Eastern Ave., Ste. 200
                                  Las Vegas, NV 89123 (*Nevada Office*)
                                  brody.wight@troutman.com
                                  sean.kirby@troutman.com
                                  600 Peachtree St. NE #3000
                                  Atlanta, GA 30308 (*Corporate Office*)

                                  *Attorneys for Defendant Nationstar Mortgage LLC dba Mr. Cooper*

## ORDER

The parties having stipulated to dismiss this action, with prejudice,

IT IS HEREBY ORDERED that this entire action is dismissed, with prejudice, with each party to bear its own fees and costs.

_____

DATED:   3/1/2024